**SO ORDERED.**

**SIGNED this 29 day of January,2015.**

_____
Stephani W. Humrickhouse
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:

     JONATHAN DAVID MOORE          CASE NO.  11-08144-8-SWH
                                                    CHAPTER 13

         DEBTOR(S)

### ORDER TO DEEM MORTGAGE CURRENT

     Based on Trustee's Motion to Deem Mortgage Current the Court finds facts as follows:

1. The Debtor(s) Chapter 13 Plan was confirmed on 04/10/2012.

2. WILMINGTON TRUST, NATIONAL ASSOC filed a claim in this case secured by the Debtor(s) residence. The trustee has disbursed a total of $14,971.32 to WILMINGTON TRUST, NATIONAL ASSOC representing contractual post-petition mortgage payments.

3. In addition to the contractual post-petition mortgage payments, WILMINGTON TRUST, NATIONAL ASSOC was also allowed a pre-petition arrearage claim and other allowed post-petition charges in the amount of $12,903.98.  These claims have been paid in full.

4. WILMINGTON TRUST, NATIONAL ASSOC has advised the Trustee that the account is contractually current through 10/2014, with the next payment due 11/2014.

5. There are no other permissible fees, expenses or charges accruing on the Mortgage Loan from the Petition date through the date of this Motion that have not been paid.

6. WILMINGTON TRUST, NATIONAL ASSOC was served with a Notice of Final Cure Payment ("Notice") complying with Fed. R. Bank. P. 3002.1(f) and (g).

7. The Creditor WILMINGTON TRUST, NATIONAL ASSOC has filed a Response containing a statement agreeing with the information contained in the Trustee's Notice.

8. The claim of WILMINGTON TRUST, NATIONAL ASSOC was allowed as a long-term nondischargeable debt pursuant to the provisions of 11 U.S.C. §1322(b)(5).

9. WILMINGTON TRUST, NATIONAL ASSOC should be required to treat the Debtor(s) mortgage as reinstated and fully current in all obligations under the mortgage.

10. The Debtor(s) has completed the plan and is entitled to a discharge.

**THEREFORE, IT IS ORDERED:**

1. That WILMINGTON TRUST, NATIONAL ASSOC is required to treat the Debtor(s) mortgage as reinstated and fully current in all obligations under the mortgage with the balance of the loan as of 10/2014 determined to be $37,899.15;

2. That this case be processed for closing; and

3. That the regular monthly payment due be paid directly by the Debtor beginning 11/2014.

END OF DOCUMENT